```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                             Case No. 18-01871-RNO
Carrie Ann Quesenberry                                             Chapter 13
      Debtor
                             CERTIFICATE OF NOTICE
District/off: 0314-1      User: karendavi             Page 1 of 2      Date Rcvd: Jun 11, 2018
                          Form ID: ntcnfhrg           Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2018.
db             +Carrie Ann Quesenberry,    2639 Gateway Drive,    Harrisburg, PA 17110-3509
5056868        +AMEX,   PO BOX 297871,    FORT LAUDERDALE, FL 33329-7871
5065008         American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
5056869         BUREAU OF ACCOUNT MGMT,    3607 ROSEMONT AVE STE 502,    PO BOX 8875,    CAMP HILL, PA 17001-8875
5056871         CB/BON,   BK NOTICES,    PO BOX 182125,   COLUMBUS, OH 43218-2125
5056872         CB/KAY,   BANKRUPTCY NOTICES,    PO BOX 182125,   COLUMBUS, OH 43218-2125
5056873        +CCB/DNTLFRST,    PO BOX 182120,    COLUMBUS, OH 43218-2120
5056875        +CHASE,   800 BROOKSEDGE BLVD,    WESTERVILLE, OH 43081-2822
5056877         COMPUTER CREDIT, INC,    CLAIM DEPT 009696,   470 W HANES MILL ROAD,    PO BOX 5238,
                 WINSTON SALEM, NC 27113-5238
5056880        +FHA/HUD,    451 7TH STREET SW,    WASHINGTON, DC 20410-0001
5056881        +HOUSEHOLD REALTY CORP / HFC,    577 Lamont Rd,    Elmhurst, IL 60126-1021
5056884        +JP HARRIS ASSOCIATES LLC,    MUNICIPAL TAX ACCOUNTS,    PO BOX 226,
                 MECHANICSBURG, PA 17055-0226
5056888        +MARINER FINANCE LLC,    BK NOTICES,   8211 TOWN CENTER DRIVE,    NOTTINGHAM, MD 21236-5904
5056889        +MR COOPER,   8950 CYPRESS WATERS BLVD,    DALLAS, TX 75019-4620
5056890        +PAXTON CROSSING HOA,    c/o PENN EQUITY ASSOCIATES,    PO BOX 233,    HUMMELSTOWN, PA 17036-0233
5056891        +PENN CREDIT CORP,    916 S 14TH STREET,    HARRISBURG, PA 17104-3425
5065288        +Paxton Crossing HOA,    PO Box 233,    Hummelstown, PA 17036-0233
5056893         QVC EASY PAY,    STUDIO PARK,    WEST CHESTER, PA 19380
5056897        +THD/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
5056898        +THE BRADFORD EXCHANGE,    9333 N MILWAUKEE AVENUE,    NILES, IL 60714-1392
5056899        +UNEMP COMP OVERPAYMENT MATTERS,    DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
                 651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
5056900        +UNEMPL COMP TAX MATTERS,    HARRISBURG CASES L&I OFF CHIEF COUNSEL,    651 BOAS STREET 10TH FLOOR,
                 HARRISBURG, PA 17121-0751
5056901        +UPMC PINNACLE HEALTH HOSPITALS,    PO BOX 2353,    HARRISBURG, PA 17105-2353
5068365        +WELLS FARGO BANK, NATIONAL ASSOCIATION,    c/o Nationstar Mortgage dba Mr. Cooper,
                 P.O. Box 619096,    Dallas, TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5056870         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 11 2018 19:11:25
                 CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p,    PO BOX 30285,   SALT LAKE CITY, UT 84130-0285
5056871         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 11 2018 19:10:28     CB/BON,   BK NOTICES,
                 PO BOX 182125,    COLUMBUS, OH 43218-2125
5056873        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 11 2018 19:10:29     CCB/DNTLFRST,
                 PO BOX 182120,    COLUMBUS, OH 43218-2120
5056874        +E-mail/Text: dehartstaff@pamd13trustee.com Jun 11 2018 19:10:51     CHARLES J DEHART, III, ESQ.,
                 8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
5056876         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 11 2018 19:10:35     COMM OF PA DEPT OF REVENUE,
                 BUREAU OF COMPLIANCE,    PO BOX 280946,   HARRISBURG, PA 17128-0946
5056878         E-mail/PDF: creditonebknotifications@resurgent.com Jun 11 2018 19:11:14     CREDITONE BANK,
                 CUSTOMER BILLING AND CORRESPONDENCE,    PO BOX 98873,   LAS VEGAS, NV 89193-8873
5056879         E-mail/Text: mrdiscen@discover.com Jun 11 2018 19:10:09     DISCOVER BANK,   12 READS WAY,
                 NEW CASTLE, DE 19720
5059177         E-mail/Text: mrdiscen@discover.com Jun 11 2018 19:10:09     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
5056882         E-mail/Text: cio.bncmail@irs.gov Jun 11 2018 19:10:16     INTERNAL REVENUE SERVICE - CIO,
                 PO BOX 7346,    PHILADELPHIA, PA 19101-7346
5056885        +E-mail/Text: BKRMailOPS@weltman.com Jun 11 2018 19:10:23     KAY JEWELERS,   375 GHENT ROAD,
                 AKRON, OH 44333-4600
5056886        +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 11 2018 19:10:11     KOHLS/CAPONE,
                 COLLECTION DEPARTMENT,    PO BOX 3084,   MILWAUKEE, WI 53201-3084
5056887        +E-mail/Text: bk@lendingclub.com Jun 11 2018 19:10:51     LENDING CLUB,   71 STEVENSON, STE 300,
                 SAN FRANCISCO, CA 94105-2985
5056892        +E-mail/Text: CDuffy@pinnaclehealth.org Jun 11 2018 19:10:23     PINNACLE HEALTH HOSPITALS,
                 PO BOX 2353,    HARRISBURG, PA 17105-2353
5057533        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 11 2018 19:11:13
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5056894        +E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2018 19:11:35     SYNCB/AMAZON,   PO BOX 965015,
                 ORLANDO, FL 32896-5015
5056895         E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2018 19:11:11     SYNCB/CARE,   BK NOTICES,
                 PO BOX 965061,    ORLANDO, FL 32896-5061
5056896         E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2018 19:11:36     SYNCB/QVC,
                 ATTN: BANKRUPTCY DEPT,    PO BOX 965060,   ORLANDO, FL 32896-5060
5056902         E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 11 2018 19:10:08
                 VERIZON BANKRUPTCY DEPT,    500 TECHNOLOGY DR, STE 550,   SAINT CHARLES, MO 63304-2225
                                                                                              TOTAL: 18
```

```
District/off: 0314-1          User: karendavi              Page 2 of 2                  Date Rcvd: Jun 11, 2018
                              Form ID: ntcnfhrg            Total Noticed: 40
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5056883*      IRS CENTRALIZED INSOLVENCY ORGANIZATION,    PO BOX 7346,    PHILADELPHIA, PA 19101-7346
                                                                                    TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor   Nationstar Mortgage, LLC as servicer for WELLS FARGO
           BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, NATIONAL
           ASSOCIATION AS TRUSTEE FOR REPERFORMING LOAN REMIC TRUST CE bkgroup@kmllawgroup.com
          Kara Katherine Gendron    on behalf of Debtor 1 Carrie Ann Quesenberry karagendronecf@gmail.com,
           doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Carrie Ann Quesenberry,

**Debtor 1**

Chapter 13

Case No. 1:18–bk–01871–RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **August 8, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: August 15, 2018 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101–1737 (717) 901–2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: karendavis, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 11, 2018 |

ntcnfhrg (03/18)