IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **CARRIE ANN QUESENBERRY** | : | |
| Debtor(s) | : | CASE NO. 1:18-bk-01871 |
| | : | |
| | : | |
| Movant | : | |
| | : | |
| **CARRIE ANN QUESENBERRY** | : | |
| | : | |
| | : | |
| | : | |
| Respondent(s) | : | |
| | : | |
| | : | |
| | : | |

## ANSWER TO MOTION FOR RELIEF FROM STAY

1. Admitted.

2. Admitted.

3. Admitted.

4. This paragraph paraphrases of a portion of a document, which is attached to as an exhibit to the Motion and which speaks for itself; to the extent that this paraphrase conflicts with the actual wording or meaning of the document, it is denied.

5. Admitted.

6. Denied as stated. The co-mortgagor is deceased. The debtor made a payment but is slightly behind. She intends to cure the arrearges within a reasonable time.

7. Denied.

8. This paragraph is a conclusion of law to which no answer is necessary; to the extent that an answer is deemed necessary, it is denied.

WHEREFORE, the Debtor respectfully requests that this Court deny the motion for relief filed by the Movant and grant such other relief as this Court deems just.

Respectfully submitted,

/s/ Kara K. Gendron
Kara K. Gendron, Esquire
Attorney ID 87577
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
(717) 232-0477 FAX
karagendron@gmail.com