# MOTT & GENDRON LAW

## *Attorneys and Counselors at Law*
Board Certified in Consumer Bankruptcy Law - American Board of Certification
125 STATE STREET, HARRISBURG, PENNSYLVANIA 17101
Website: http://www.mottgendronlaw.com

Dorothy L. Mott, Esquire Telephone: (717) 232-6650
Kara K. Gendron, Esquire Fax: (717) 232-0477

August 28, 2018

MIDDLE DISTRICT OF PENNSYLVANIA
US BANKRUPTCY COURT
228 WALNUT STREET, RM 320
HARRISBURG, PA 17101

Re: Carrie Ann Quesenberry
 Bankruptcy No:1:18-bk-01871

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please change the address of the creditor listed below for the above-referenced client from:

HOUSEHOLD REALTY CORP / HFC
577 LAMONT ROAD
ELMHURST, IL 60126

to:

HOUSEHOLD REALTY CORP / HFC
C/O HSBC MORTGAGE SERVICES
PO BOX 21188
EAGAN, MN 55121-4201

Please remove old address from mailing matrix.

Thank you for your attention to this matter.

Sincerely,

/s/Edith Warfel
Edith Warfel , Secretary to
Dorothy L. Mott, Attorney at Law