Certificate Number: 06531-PAM-DE-037440074

Bankruptcy Case Number: 18-01871



06531-PAM-DE-037440074

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 18, 2023, at 11:28 o'clock AM CDT, Carrie A Quesenberry completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 18, 2023

By: /s/Sharon Schroeder

Name: Sharon Schroeder

Title: Certified Credit Counselor