United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 18-01871-HWV

Carrie Ann Quesenberry     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 4
Date Rcvd: May 18, 2023     Form ID: 3180W     Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carrie Ann Quesenberry, 2639 Gateway Drive, Harrisburg, PA 17110-3509 |
| 5056884 | + | JP HARRIS ASSOCIATES LLC, MUNICIPAL TAX ACCOUNTS, PO BOX 226, MECHANICSBURG, PA 17055-0226 |
| 5056890 | + | PAXTON CROSSING HOA, c/o PENN EQUITY ASSOCIATES, PO BOX 233, HUMMELSTOWN, PA 17036-0233 |
| 5056892 | + | PINNACLE HEALTH HOSPITALS, PO BOX 2353, HARRISBURG, PA 17105-2353 |
| 5065288 | + | Paxton Crossing HOA, PO Box 233, Hummelstown, PA 17036-0233 |
| 5056893 | | QVC EASY PAY, STUDIO PARK, WEST CHESTER, PA 19380 |
| 5056898 | + | THE BRADFORD EXCHANGE, 9333 N MILWAUKEE AVENUE, NILES, IL 60714-1392 |
| 5056901 | + | UPMC PINNACLE HEALTH HOSPITALS, PO BOX 2353, HARRISBURG, PA 17105-2353 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | May 18 2023 18:52:17 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 5056868 | + | Email/PDF: bncnotices@becket-lee.com | May 18 2023 18:53:28 | AMEX, PO BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 5065008 | | Email/PDF: bncnotices@becket-lee.com | May 18 2023 18:54:05 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5056869 | | Email/Text: Bankruptcy@BAMcollections.com | May 18 2023 18:36:00 | BUREAU OF ACCOUNT MGMT, 3607 ROSEMONT AVE STE 502, PO BOX 8875, CAMP HILL, PA 17001-8875 |
| 5056870 | | EDI: CAPITALONE.COM | May 18 2023 22:34:00 | CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5056871 | | EDI: WFNNB.COM | May 18 2023 22:34:00 | CB/BON, BK NOTICES, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5056872 | | EDI: WFNNB.COM | May 18 2023 22:34:00 | CB/KAY, BANKRUPTCY NOTICES, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5056873 | + | EDI: WFNNB.COM | May 18 2023 22:34:00 | CCB/DNTLFRST, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 5056876 | | EDI: PENNDEPTREV | May 18 2023 22:34:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5056876 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 18 2023 18:36:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5056877 | | Email/Text: Collections_Bankruptcies@encoreexchange.com | May 18 2023 18:36:00 | COMPUTER CREDIT, INC, CLAIM DEPT |

| Recipient # | Method | Date/Time | Address |
|---|---|---|---|
| | | | 009696, 470 W HANES MILL ROAD, PO BOX 5238, WINSTON SALEM, NC 27113-5238 |
| 5056878 | Email/PDF: creditonebknotifications@resurgent.com | May 18 2023 18:53:22 | CREDITONE BANK, CUSTOMER BILLING AND CORRESPONDENCE, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 5074183 | EDI: CAPITALONE.COM | May 18 2023 22:34:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5081381 | Email/PDF: bncnotices@becket-lee.com | May 18 2023 18:53:28 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5056899 | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | May 18 2023 18:36:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5056879 | EDI: DISCOVER.COM | May 18 2023 22:34:00 | DISCOVER BANK, 12 READS WAY, NEW CASTLE, DE 19720 |
| 5059177 | EDI: DISCOVER.COM | May 18 2023 22:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5056880 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | May 18 2023 18:54:05 | FHA/HUD, 451 7TH STREET SW, WASHINGTON, DC 20410-0001 |
| 5056881 | + EDI: HFC.COM | May 18 2023 22:34:00 | HOUSEHOLD REALTY CORP / HFC, C/O HSBC MORTGAGE SERVICES, PO BOX 21188, EAGAN, MN 55121-0188 |
| 5056882 | EDI: IRS.COM | May 18 2023 22:34:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5056874 | Email/Text: info@pamd13trustee.com | May 18 2023 18:36:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 5056875 | EDI: JPMORGANCHASE | May 18 2023 22:34:00 | CHASE, 800 BROOKSEDGE BLVD, WESTERVILLE, OH 43081 |
| 5056885 | + Email/Text: BKRMailOPS@weltman.com | May 18 2023 18:36:00 | KAY JEWELERS, 375 GHENT ROAD, AKRON, OH 44333-4600 |
| 5056886 | + Email/Text: PBNCNotifications@peritusservices.com | May 18 2023 18:36:00 | KOHLS/CAPONE, COLLECTION DEPARTMENT, PO BOX 3084, MILWAUKEE, WI 53201-3084 |
| 5056887 | + EDI: LENDNGCLUB | May 18 2023 22:34:00 | LENDING CLUB, 71 STEVENSON, STE 300, SAN FRANCISCO, CA 94105-2985 |
| 5105086 | Email/PDF: resurgentbknotifications@resurgent.com | May 18 2023 18:40:58 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5105087 | + Email/PDF: resurgentbknotifications@resurgent.com | May 18 2023 18:52:21 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, Resurgent Capital Services 29603-0587 |
| 5081933 | Email/PDF: resurgentbknotifications@resurgent.com | May 18 2023 18:53:18 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5056888 | + Email/Text: bankruptcy@marinerfinance.com | May 18 2023 18:36:00 | MARINER FINANCE LLC, BK NOTICES, 8211 TOWN CENTER DRIVE, NOTTINGHAM, MD 21236-5904 |
| 5056889 | + Email/Text: nsm_bk_notices@mrcooper.com | May 18 2023 18:36:00 | MR COOPER, 8950 CYPRESS WATERS BLVD, DALLAS, TX 75019-4620 |
| 5082172 | EDI: PRA.COM | May 18 2023 22:34:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5057533 | + EDI: RECOVERYCORP.COM | May 18 2023 22:34:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5075799 | EDI: Q3G.COM | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5080629 | | EDI: Q3G.COM | May 18 2023 22:34:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5080630 | | EDI: Q3G.COM | May 18 2023 22:34:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5056894 | + | EDI: RMSC.COM | May 18 2023 22:34:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5056895 | | EDI: RMSC.COM | May 18 2023 22:34:00 | SYNCB/AMAZON, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 5056896 | | EDI: RMSC.COM | May 18 2023 22:34:00 | SYNCB/CARE, BK NOTICES, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 5056897 | + | EDI: CITICORP.COM | May 18 2023 22:34:00 | SYNCB/QVC, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5056900 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | May 18 2023 22:34:00 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5056902 | | EDI: VERIZONCOMB.COM | May 18 2023 18:36:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5079397 | | EDI: AIS.COM | May 18 2023 22:34:00 | VERIZON BANKRUPTCY DEPT, 500 TECHNOLOGY DR, STE 550, SAINT CHARLES, MO 63304-2225 |
| 5068365 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 18 2023 22:34:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| | | | May 18 2023 18:36:00 | WELLS FARGO BANK, NATIONAL ASSOCIATION, c/o Nationstar Mortgage dba Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5056883 | * | IRS CENTRALIZED INSOLVENCY ORGANIZATION, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5056891 | ##+ | PENN CREDIT CORP, 916 S 14TH STREET, HARRISBURG, PA 17104-3425 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2023   Signature:   /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor Nationstar Mortgage  LLC as servicer for WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION AS TRUSTEE FOR REPERFORMING LOAN REMIC TRUST CE bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Dorothy L Mott | on behalf of Debtor 1 Carrie Ann Quesenberry DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Nationstar Mortgage  LLC as servicer for WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION AS TRUSTEE FOR REPERFORMING LOAN REMIC TRUST CE bkgroup@kmllawgroup.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Carrie Ann Quesenberry karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Michael Patrick Farrington | on behalf of Creditor Nationstar Mortgage  LLC as servicer for WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION AS TRUSTEE FOR REPERFORMING LOAN REMIC TRUST CE mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Carrie Ann Quesenberry**<br>First Name　Middle Name　Last Name | Social Security number or ITIN　xxx–xx–6213<br>EIN　__–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name　Middle Name　Last Name | Social Security number or ITIN　____<br>EIN　__–_____ |
| United States Bankruptcy Court　Middle District of Pennsylvania | | |
| Case number:　1:18–bk–01871–HWV | | |

# Order of Discharge                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

　　Carrie Ann Quesenberry

　　5/18/23

**By the court:**　*[signature]*

　　　　　　　　　　Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

　♦ debts that are domestic support obligations;

　♦ debts for most student loans;

　♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                     **Chapter 13 Discharge**                     page 2